IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ACCESS FOR THE DISABLED, INC.,
a Florida Non Profit Corporation, and
PAT KENNEDY, Individually,

   Case No.: 8:11-cv-01902-MSS-AEP

  Plaintiffs,

v.

J.D. MALLINSON (1984) LTD. COMPANY,
a Foreign Corporation,

  Defendant.

_____

**STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE**

  Plaintiffs and Defendant, by and through their undersigned counsel, hereby stipulate that the instant case be dismissed with prejudice.

| FOR THE PLAINTIFFS | FOR THE DEFENDANT |
|---|---|
| By: s/ Robert J. Henderson | By: s/ Brian C. Blair |
| Robert J. Henderson, Esquire | Brian C. Blair, Esquire |
| Of Counsel For | Baker & Hostetler, LLP |
| Thomas B. Bacon, P.A. | SunTrust Center, Suite 2300 |
| P.O. Box 166 | 200 South Orange Avenue |
| Bethel Park, PA 15102 | Post Office Box 112 |
| Phone: 412-551-1887 | Orlando, FL 32802-0112 |
| Fax:    412-833-9691 | Phone: 407.649.4000 |
| rjh@attorneyrjh.com | Fax: 407.841.0168 |
| | bblair@bakerlaw.com |
| By: s/ Thomas B. Bacon | |
| Thomas B. Bacon, Esq. | Attorneys for Defendant |
| Thomas B. Bacon, P.A. | |
| 4868 S.W. 103rd Ave. | |
| Cooper City, FL 33328 | |
| Phone: 954-478-7811 | |
| Fax: 954-237-1990 | |
| tbb@thomasbaconlaw.com | |

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 4th day of June, 2012, I electronically caused the foregoing document to be filed with the Clerk of Court using CM/ECF which will serve all counsel of record in the manner specified via transmission of Notices of Electronic Filing generated by CM/ECF.

                        Brian C. Blair, Esquire
                        BAKER & HOSTETLER LLP
                        SunTrust Center, Suite 2300
                        200 South Orange Avenue
                        Post Office Box 112
                        Orlando, FL 32802-0112
                        Telephone: 407.649.4000
                        Facsimile: 407.841.0168
                        bblair@bakerlaw.com
                        Counsel for Defendant

                        s/ Robert J. Henderson
                        Robert J. Henderson, Esquire