UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**Access for the Disabled, Inc.
and Pat Kennedy,**
        **Plaintiffs,**

-v-                                 CASE NO.   8:11-cv-01902-MSS-AEP

**J.D. Mallinson (1984) Ltd. Company,**
        **Defendant.**
_____/

### ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the parties' Stipulation for Dismissal with Prejudice, (Dkt. 14) and pursuant to Fed. R. Civ. P. 41, it is hereby

**ORDERED** that this case is **dismissed with prejudice.** The **Clerk** is directed to terminate any pending motions and **CLOSE** this case.

**DONE and ORDERED** at Tampa, Florida this 11th day of June, 2012.

*/s/ Mary S. Scriven*
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party